IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL EDWARD
HOWARTH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D14-2933

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed March 18, 2015.

Petition for Writ of Certiorari.

Michael Edward Howarth, pro se, Petitioner.

Jennifer Parker, General Counsel, Department of Corrections, and Susan A. Maher, Assistant Attorney General, Corrections Litigation, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.